FILED 11 OCT '12 10:05 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:12-cr-00538-BR |
| v. | |
| TANA CHRIS LAWRENCE, | INDICTMENT |
| ANGELEDITH SARAMAYLENE SMITH, | |
| CURTIS LAMONT BROWN | 18 U.S.C. §§ 1111, 1153, 2 |
| | 18 U.S.C. §§ 1201(a)(2), 2241(a), 2242, |
| | Oregon Revised Statute 164.225 |
| Defendants. | 18 U.S.C. § 3 |

THE GRAND JURY CHARGES:

<u>COUNT 1</u>
[Murder in the First Degree]

On or about September 29, 2012, in the District of Oregon, on the Warm Springs Indian Reservation, in Indian Country, and within the special maritime and territorial jurisdiction of the United States, defendants **TANA CHRIS LAWRENCE** and **ANGELEDITH SARAMAYLENE SMITH**, Indian females, with malice aforethought, did unlawfully kill Faron Lynn Kalama, an Indian female, in the perpetration of, or in the attempt to perpetrate, kidnapping, aggravated sexual abuse, sexual abuse, and burglary; all in violation of 18 U.S.C. §§ 1111, 1201(a)(2), 2241(a), 2242; Oregon Revised Statute 164.225; and 18 U.S.C. §§ 1153, 2.

////

## COUNT 2
[Accessory After the Fact to Murder in the First Degree]

On or about September 30, 2012, in the District of Oregon, defendant **CURTIS LAMONT BROWN**, knowing that an offense against the United States had been committed; that is, Murder in the First Degree as alleged in Count 1; did knowingly receive, relieve, comfort, and assist Tana Chris Lawrence and Angeledith Saramaylene Smith, in order to hinder and prevent their apprehension, trial, and punishment; all in violation of 18 U.S.C. § 3.

DATED this 10 day of October 2012.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

S. AMANDA MARSHALL
United States Attorney

BILLY J. WILLIAMS, OSB #90136
Assistant United States Attorney

CRAIG J. GABRIEL, OSB #012571
Assistant United States Attorney