FILED 06 NOV '12 17:04 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TANA CHRIS LAWRENCE,<br>ANGELEDITH SARAMAYLENE SMITH,<br>CURTIS LAMONT BROWN,<br>CHRISTOPHER TAYLOR ARTHUR,<br><br>Defendants. | Case No. 3:12-CR-00538-BR<br><br>SUPERSEDING INDICTMENT<br><br>18 U.S.C. §§ 1111, 1153, 2<br>18 U.S.C. §§ 1201(a)(2), 2241(a), 2242,<br>Oregon Revised Statute 164.225<br>18 U.S.C. § 3 |

THE GRAND JURY CHARGES:

### COUNT 1
[Murder in the First Degree]

On or about September 29, 2012, in the District of Oregon, on the Warm Springs Indian Reservation, in Indian Country, and within the special maritime and territorial jurisdiction of the United States, defendants **TANA CHRIS LAWRENCE** and **ANGELEDITH SARAMAYLENE SMITH**, Indian females, with malice aforethought, did unlawfully kill Faron Lynn Kalama, an Indian female, in the perpetration of, or in the attempt to perpetrate, kidnapping, aggravated sexual abuse, sexual abuse, and burglary; all in violation of 18 U.S.C. §§ 1111, 1201(a)(2), 2241(a), 2242; Oregon Revised Statute 164.225; and 18 U.S.C. §§ 1153, 2.

Page 1 – SUPERSEDING INDICTMENT

## COUNT 2

**[Accessory After the Fact to Murder in the First Degree]**

On or about September 30, 2012, in the District of Oregon, defendants **CURTIS LAMONT BROWN** and **CHRISTOPHER TAYLOR ARTHUR**, knowing that an offense against the United States had been committed; that is, Murder in the First Degree as alleged in Count 1; did knowingly receive, relieve, comfort, and assist Tana Chris Lawrence, Angeledith Saramaylene Smith, and another Indian person, in order to hinder and prevent their apprehension, trial, and punishment; all in violation of 18 U.S.C. § 3.

DATED this 06 day of November 2012.

A TRUE BILL.

Presented by:

S. AMANDA MARSHALL
United States Attorney

for
BILLY J. WILLIAMS, OSB #90136
Assistant United States Attorney

CRAIG J. GABRIEL, OSB #012571
Assistant United States Attorney

Page 2 – SUPERSEDING INDICTMENT