UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:12-cr-00538-AB-1 |
| v. | ORDER |
| TANA CHRIS LAWRENCE, | |
| Defendant. | |

**BAGGIO, District Judge:**

Pending before the Court is Defendant Tana Chris Lawrence's *pro se* motion to reduce sentence pursuant to U.S.S.G. § 5H1.1 (ECF 345). The Government filed a Response (ECF 349). Having considered the written submissions, the Court concludes that, consistent with the Government's Response on pages 4-5, Ms. Lawrence is not eligible for a reduction under § 5H1.1 because (1) that amendment to the federal sentencing guidelines did not take effect until November 1, 2024, a date more than a decade after she was sentenced and (2) the amendment was not made retroactive. *See* U.S.S.G. § 1B1.1(b). Moreover, as noted by the Government in its Response, U.S.S.G. § 5H1.1 was deleted effective November 1, 2025, and is no longer a part of the federal sentencing guidelines. Ms. Lawrence's Motion to Reduce Sentence under U.S.S.G. § 5H1.1 is DENIED.

IT IS SO ORDERED.

DATED this 26th day of November, 2025.

*Amy M. Baggio*
_____
HONORABLE AMY M. BAGGIO
United States District Judge